UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **SA CV 16-02094 FMO (AFM)**                              Date:  **December 16, 2016**

Title      **Abdiwahab Abdikadir Yussuf v. Jeh C. Johnson, et al.**

Present: The Honorable:     **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**

Pursuant to petitioner's Notice of Voluntary Dismissal of Section 2241 Habeas Petition (ECF No. 8), the instant action is hereby dismissed without prejudice under Fed. R. Civ. P. 41(a).

|  | : |
|---|---|
| **Initials of Preparer** | ib |